BRIAN DONALD POTTER, OSB #843259
dpotter@nwemployeelaw.com
Attorney at Law
3236 S.W. Kelly Avenue
Suite 101
Portland, Oregon  97239-4679
Telephone:  (503) 223-2612
Facsimile:  (503) 222-5779

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| COREY RANSIER, <br><br>        Plaintiff, <br><br>    v. <br><br> CRESTLINE CONSTRUCTION COMPANY, L.L.C., an Oregon limited liability company; and ERIC KERR, <br><br>        Defendants. | No. : 3:18-cv-00406-SB <br><br> STIPULATED JUDGMENT FOR DISMISSAL WITH PREJUDICE |

BASED ON the stipulation below, and it appearing to the Court that this action has been fully resolved, and the Court being fully apprised herein, now, therefore,

IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled action be and hereby is dismissed with prejudice and without the award of costs or attorneys fees to any party.

///

///

Page 1 - STIPULATED JUDGMENT FOR DISMISSAL WITH PREJUDICE

BRIAN DONALD POTTER
ATTORNEY AT LAW
3236 S.W. KELLY AVENUE
SUITE 101
PORTLAND, OREGON  97239
(503) 223-2612

DATED this _____ day of _____, 2019.


_____

Honorable Stacie F. Beckerman
United States District Judge



IT IS HEREBY STIPULATED between Plaintiff and Defendants, by and through their respective counsel, that the above-entitled action, having been fully compromised and settled, may be dismissed with prejudice and without the award of costs or attorneys fees to any party.


| 6/3/2019 | 6/10/2019 |
|---|---|
| Date | Date |
| /s/ Brian Donald Potter | s/Mitchell C. Baker |
| B. Donald Potter, OSB #843259 | Mitchell C. Baker, OSB #981358 |
| Attorney for Plaintiff | Of Attorneys for Defendant |


Page 2 - STIPULATED JUDGMENT FOR DISMISSAL WITH PREJUDICE

BRIAN DONALD POTTER
ATTORNEY AT LAW
3236 S.W. KELLY AVENUE
SUITE 101
PORTLAND, OREGON  97239
(503) 223-2612